STATE v. THOMPSON & TUCKER

No. 695P82.

Case below: 59 N.C. App. 425.

Petition by Tucker for discretionary review under G.S. 7A-31 denied 28 January 1983. Motion of Attorney General to dismiss for lack of substantial constitutional question allowed 28 January 1983.

STATE v. VAUGHAN

No. 633P82.

Case below: 59 N.C. App. 318.

Petition by defendant for discretionary review under G.S. 7A-31 denied 28 January 1983.

STATE v. WARREN

No. 676PA82.

Case below: 59 N.C. App. 264.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 8 February 1983.

THOMPSON v. BURLINGTON INDUSTRIES

No. 702P82.

Case below: 59 N.C. App. 539.

Petition by plaintiff for writ of certiorari to North Carolina Court of Appeals denied 28 January 1983.

THREATTE v. THREATTE

No. 665PA82.

Case below: 59 N.C. App. 292.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 28 January 1983.